JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOEL PALACIOS, CRUZ PALACIOS, MARIELITA PALACIOS, NATALIA PALACIOS, MILTITA CASILLAS and MARTIN CASILLAS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; DYLAN BUTLER, MARTA HEALEY, JARRETT LEW, AND KEVIN MORT; and DOES 1 through 10,<br><br>Defendants. | CASE NO. 20-CV-11182-MRW<br><br>**ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Action Filed: December 9, 2020<br>Trial Date: vacated |

**ORDER**

Based on the stipulation of the parties, and good cause appearing therefore, this entire matter is hereby dismissed with prejudice.

All parties are to bear their own costs arising out of this dismissal.

DATED:  August 18, 2023

_____
Hon. Michael R. Wilner
United States Magistrate Judge

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757